AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

ABC IP, LLC, a Delaware Liimted Liability Company and Rare Breed Trigger, Inc., a Texas Corporation

*Plaintiff(s)*

v.

Paul Michael Guy d/b/a Southern Customs Guns & Ammo and Paul Michael Guy, an individual

*Defendant(s)*

Civil Action No. 1:26-CV-71-LAG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul Michael Guy d/b/a Southern Customs Guns & Ammo
314 East Water Street
Bainbridge, Georgia 39817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jacqueline Tio
E-mail: tio@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
Tel: (404 892-5005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

United States District Court ★ Middle District of Georgia ★

*CLERK OF COURT, DAVID W. BUNT*

Date: 5/29/2026

s/ Michelle Paschal
*Signature of Clerk or Deputy Clerk*

<table>
<tr><td colspan="4">Attorney or Party without Attorney:<br>Jacqueline Tio, Esq. (SBN 940376)<br>Fish & Richardson P.C.<br>1180 Peachtree Street Northeast 21st Floor, Atlanta, GA 30309<br>Telephone No: (404) 892-5005<br>Attorney For: Plaintiffs, ABC IP, LLC, and Rare Breed Triggers, Inc.<br>Ref. No. or File No.: 60817-0091LL1</td><td rowspan="3">For Court Use Only</td></tr>
<tr><td colspan="4">Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA<br>ALBANY DIVISION</td></tr>
<tr><td colspan="4">Plaintiff: ABC IP, LLC, a Delaware limited liability company<br>Defendant: Paul Michael Guy d/b/a Southern Customs Guns & Ammo, et al.</td></tr>
<tr><td>PROOF OF SERVICE</td><td>Hearing Date:</td><td>Time:</td><td>Dept/Div:</td><td>Case Number:<br>1:26-cv-00071-LAG</td></tr>
</table>

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET

3. *a. Party served:* Paul Michael Guy d/b/a Southern Customs Guns & Ammo
   *b. Person served:* Paul Michael Guy d/b/a Southern Customs Guns & Ammo / Owner

4. *Address where the party was served:* 314 East Water Street, Bainbridge, GA 39817

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Aug 07 2026 (2) at: 10:22 AM

6. ***Person Who Served Papers:***
   a. Ralph Rich
   **b. FIRST LEGAL**
   110 West A Street #750
   SAN DIEGO, CA 92101
   c. (619) 231-9111
   **d.** ***The Fee*** *for Service was:* $342.45

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

_______________________ (Date)

_______________________ (Ralph Rich)